# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BERBEREIA, individually and on behalf of the Estate of Albert Hanson, Jr., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KINGS, et al., <br><br> Defendants. | Case No. 1:16-cv-00363-LJO-SKO <br><br> **ORDER GRANTING THE PARTIES' JOINT REQUEST TO EXTEND THE DEADLINES FOR NON-EXPERT DISCOVERY, EXPERT DISCLOSURES, AND EXPERT DISCOVERY** <br><br> **(Doc. 14)** |

Before the Court is the parties' Joint Request to Extend the Deadlines for Non-Expert Discovery, Expert Disclosures, and Expert Discovery (the "Request"). (Doc. 14.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS the following:

(1) The deadline for non-expert discovery is EXTENDED from September 18, 2017 to October 2, 2017;

(2) The deadline for expert disclosures is EXTENDED from September 15, 2017 to October 3, 2017;

(3) The deadline for supplemental expert disclosures is EXTENDED from October 6, 2017 to October 24, 2017; and

(4) The deadline for expert discovery is EXTENDED from November 17, 2017 to November 24, 2017.

These extensions do not alter any other existing scheduling deadlines, including motion deadlines, pretrial conference, or trial dates.

IT IS SO ORDERED.

Dated: **September 19, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE