James J. Arendt, Esq.  Bar No. 142937
Michelle E. Sassano, Esq.  Bar No. 232368
**Weakley & Arendt, LLP**
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
E-Mail: James@walaw-fresno.com
Michelle@walaw-fresno.com
*Attorneys for Defendants County of Kings,
Marius Barsteceanu, Taylor Lopes, and
Thomas Olsen*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BERBEREIA, individually and on behalf of the ESTATE OF ALBERT HANSON, JR., DANIEL HANSON, and KIMBERLY NIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KINGS; DEPUTY TAYLOR LOPES; DETECTIVE MARIUS BARSTECEANU; DEPUTY THOMAS OLSEN; UNKNOWN LAW ENFORCEMENT OFFICERS<br><br>Defendants. | CASE NO. 1:16-cv-00363-LJO-SKO<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY** |

The parties, through their respective counsel, stipulate and jointly request the Court to extend the deadline for expert discovery set forth in the Court's September 20, 2017, order extending time for non-expert discovery, expert disclosures and expert discovery.  Doc. 15.

## **GOOD CAUSE STATEMENT**

1. On November 7, 2017, Counsel for Plaintiffs is starting a criminal trial which is anticipated to last approximately one month.  Due to scheduling conflicts, Defendants' retained police procedures expert could not be set prior to Plaintiffs'

Counsel's trial and the current November 24, 2017, expert discovery deadline. Further, Defendants' expert will not be available for deposition until the last week of December.

2. It is not currently anticipated that any other deadlines will need to be modified should this extension be granted.

## **STIPULATION**

In light of the foregoing good cause, the parties hereby stipulate and jointly request that the Court issue an order modifying the operative expert discovery deadline order and extend the deadline as follows:

      Expert Discovery:                December 29, 2017

Dated: October 26, 2017                WEAKLEY & ARENDT, LLP

                                          By:    /s/ James J. Arendt
                                                    James J. Arendt
                                                    Michelle E. Sassano
                                                    Attorneys for Defendants

Dated: October 26, 2017                LAW OFFICE OF KEVIN G. LITTLE

                                                    /s/ Kevin G. Little
                                                    Kevin G. Little
                                                    Attorneys for Plaintiffs

## **ORDER**

Pursuant to the parties' Stipulation and Joint Request to Extend the Deadline for Expert Discovery (Doc. 18) above, for good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS the following:

    (1)    The deadline for expert discovery is EXTENDED from November 24, 2017 to December 29, 2017;

---

Order To Extend Expert Discovery Deadline

2

(2) The deadline for filing dispositive pretrial motions is EXTENDED from December 22, 2017 to January 5, 2018; and

(3) The hearing for dispositive pretrial motions is EXTENDED from February 14, 2018, to February 28, 2018.

(4) This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: **November 2, 2017**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order To Extend Expert Discovery Deadline

3