# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BERBEREIA, individually and on behalf of the ESTATE OF ALBERT HANSON, JR., DANIEL HANSON, and KIMBERLY NIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KINGS; DEPUTY TAYLOR LOPES; DETECTIVE MARIUS BARSTECEANU; DEPUTY THOMAS OLSON; UNKNOWN LAW ENFORCEMENT OFFICERS<br><br>Defendants. | CASE NO. 1:16-cv-00363-LJO-SKO<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER GRANTING DEFENDANTS LEAVE TO EXCEED THE 25 PAGE LIMIT FOR MOVING PAPERS** |

Good cause exists to grant Defendants' ex parte application for an order granting Defendants leave from the Court's 25 page limit for on moving papers. Defendants are granted leave from the 25 page limit requirement for moving papers, not to exceed 30 pages. In the interest of fairness, Plaintiffs may also exceed the page limit for their opposition brief by no more than five pages.

IT IS SO ORDERED.

Dated: __**January 2, 2018**__          _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES CHIEF DISTRICT JUDGE

---

Order Granting Defendants' Ex Parte Application

1