| | |
|---|---|
| 1 | James J. Arendt, Esq.  Bar No. 142937 |
| | Michelle E. Sassano, Esq.  Bar No. 232368 |
| 2 | **WEAKLEY & ARENDT** |
| | **A Professional Corporation** |
| 3 | 1630 East Shaw Ave., Suite 176 |
| | Fresno, California 93710 |
| 4 | Telephone:  (559) 221-5256 |
| | Facsimile:  (559) 221-5262 |
| 5 | E-Mail: James@walaw-fresno.com |
| | Michelle@walaw-fresno.com |

Attorneys for Defendants, County of Kings, Marius Barsteceanu, Taylor Lopes, and Thomas Olsen

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY BERBEREIA, individually and on behalf of the ESTATE OF ALBERT HANSON, JR., DANIEL HANSON, and KIMBERLY NIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KINGS; DEPUTY TAYLOR LOPES; DETECTIVE MARIUS BARSTECEANU; DEPUTY THOMAS OLSEN; UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>Defendants. | CASE NO. 1:16-cv-00363-LJO-SKO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br>**[FRCP 41(a)]**<br><br>(Doc. 61) |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of Defendants, County of Kings, Marius Barsteceanu, Taylor Lopes, and Thomas Olsen with prejudice from all claims alleged in the complaints in this action.  All parties to bear their own costs and attorney's fees.

July 20, 2018

   /s/  Kevin G. Little
Kevin G. Little
Law Office of Kevin G. Little
1225 Divisadero Street
Fresno, CA 93721
Attorney for Plaintiffs

---

Stipulation of Dismissal     1

July 20, 2018

          /s/ James J. Arendt
James J. Arendt
Michelle E. Sassano
WEAKLEY & ARENDT
A Professional Corporation
1630 East Shaw Ave., Suite 176
Fresno, CA 93710
Attorneys for Defendants

## **ORDER**

On July 20, 2018, the parties filed the above stipulation requesting that the present action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorney's fees. (Doc. 61.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41 thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all parties who have appeared, although an oral stipulation in open court will also suffice. *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Case law concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Because the parties have filed a

stipulation for dismissal of this case with prejudice under Rule 41(a)(1)(A)(ii) that is signed by all parties who have made an appearance, this case has terminated. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

IT IS SO ORDERED.

Dated: **July 23, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE